**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

March 9, 2009

**LETTER ORDER**

Re:     Meyers v. Hoboken Bd. Of Ed.
        Civil Action No. 07-5058 (PGS)

Dear Counsel:

There will be a telephone conference in this matter on **March 11, 2009 at 4:00 p.m.**, with counsel for the Defendant to initiate the call.

**SO ORDERED.**

*s/ Esther Salas*
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**

cc:     Clerk
        Hon. Peter G. Sheridan, U.S.D.J.
        File